# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRUCE HARRISON BIRCH,
        Petitioner,
        vs.
THE HONORABLE STEVEN R. KOSACH,
        Respondent.

No. 70957

FILED

SEP 0 2 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING PETITION

This is a pro se petition for a writ of mandamus. Second Judicial District Court, Washoe County. Petitioner has submitted a "Proper Person Motion to Dismiss." Cause appearing, we grant the motion. We

ORDER this petition DISMISSED.

_____, C.J.
Parraguirre

_____, J.          _____, J.
Hardesty                              Pickering

cc:    Bruce Harrison Birch
       Attorney General/Carson City

16-27431